## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00139-RM-NYW

PETERSON I. BATAILLE,

    Plaintiff,

v.

DELAWARE NORTH COMPANY,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter comes before the court *sua sponte*. On December 21, 2015, Defendant Delaware North Company filed a motion for summary judgment (the "Motion for Summary Judgment") in this matter. [#38]. Pursuant to the Memorandum dated December 29, 2015, the Motion for Summary Judgment is now pending before this Magistrate Judge for Recommendation.

    Accordingly, IT IS ORDERED that Plaintiff is directed to file his response to the pending Motion for Summary Judgment no later than **January 11, 2016**.

DATED: December 29, 2015